# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**FRANK TABER,**
         **Plaintiff,**

    v.                                         Case No. 19-C-381

**LEICA BIOSYSTEMS, INC.,**
         **Defendant.**

---

## ORDER ON DEFENDANT'S MOTION
## TO STRIKE PLAINTIFF'S AMENDED COMPLAINT

On June 4, 2019, the court held a scheduling conference in accordance with Fed. R. Civ. P. 16 and Civil L. R. 16(a) (E.D. Wis.). This conference produced a scheduling order that set July 1, 2019, as the deadline for amended pleadings. ECF No. 9 at ¶ 1. Plaintiff filed an amended complaint on July 1. ECF No. 10. I find that the Plaintiff has appropriately filed his amended complaint in accordance with the scheduling order. Therefore, I deny Defendant's Motion to Strike and I deny Defendant's Motion for Leave to File a Reply as moot.

**IT IS ORDERED** that Defendant's Motion to Strike Plaintiff's First Amended Complaint and Defendant's Motion for Leave to File a Reply in Support are **DENIED.**

Dated at Milwaukee, Wisconsin, this 22nd day of July, 2019.

                                          s/Lynn Adelman
                                          LYNN ADELMAN
                                          District Judge